**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6904**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

HUGH EPPS,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:07-cr-00420-JRS-1)

———————

Submitted: October 2, 2015        Decided: November 4, 2015

———————

Before MOTZ and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Hugh Epps, Appellant Pro Se. Gurney Wingate Grant, II, Michael Calvin Moore, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Epps appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Epps</u>, No. 3:07-cr-00420-JRS-1 (E.D. Va. May 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>